UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Northstarr Builders LLC

Case No. 24-32419
Chapter 11
Judge Joel D. Applebaum

Debtor.
_____/

## ORDER SETTING TELEPHONIC HEARING ON DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL PURSUANT TO SECTION 363 (c) OF THE BANKRUPTCY CODE AND FIRST DAY MOTION FOR AN ORDER AUTHORIZING DEBTOR TO PAY PRE- PETITION WAGES, COMPENSATION. AND EMPLOYEE BENEFITS

This matter comes before the Court on the Motions of Debtor which the Court is treating as requesting an expedited hearing on (i) the interim use of cash collateral pursuant to Section 363(c) of the Bankruptcy Code and (ii) for payment of pre-petition wages and benefits. The Court finds sufficient cause to hold an *expedited telephonic hearing* on Debtor's use of cash collateral and pre-petition wages and the payment of benefits on an interim basis only,

NOW, THEREFORE,

**IT IS ORDERED** that **the Court shall conduct a telephonic hearing** on the Debtor's Motion for the Interim Use of Cash Collateral and Motion Authorizing Debtor to Pay Pre-Petition Wages, Compensation, and Employee Benefits **on December 27, 2024 at 11:00 a.m. (EST).** All parties-in-interest wishing to participate in these hearings should dial into the Court using the following conference number and then place their telephone on mute until the case is called: 202.503.1666, conference ID no. 969 65 490#. **Under no circumstances are telephones to be placed on hold.**

**IT IS FURTHER ORDERED** that a copy of this Order, along with the underlying Motion to Use Cash Collateral and First Day Motion for an Order Authorizing Debtor to Pay Pre-Petition Wages, Compensation, and Employee Benefits and exhibits, shall be served on all secured creditors of record and the entities listed on Debtor's twenty largest unsecured creditors by email or overnight mail within 24 hours after entry of this Order.

**IT IS FURTHER ORDERED** that written objections to the interim use of cash collateral and authorizing Debtor to pay pre-petition wages, compensation, and employee benefits shall be filed no later than December 26, 2024 at 5:00 p.m. (EST). Objections may also be raised orally during the hearing.

**IT IS FURTHER ORDERED** that the Court shall hold a second interim hearing on the Motion to Use Cash Collateral on a date to be set during the December 27, 2024 hearing. At that hearing, the Court will also set a date and time for the Final Hearing on the Motion to Use Cash Collateral.

**Signed on December 23, 2024**

/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge