UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - EDMI

## COVER SHEET FOR AMENDMENTS

Case Name: Northstarr Builders, LLC         Case No.: 24-32419

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
  - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☐ **Schedules and List of Creditors:**
  - ☐ Schedule A/B
  - ☐ Schedule C    ☐ Debtor 2 Schedule C
  - ☐ List of Creditors ☑ Schedule D ☑ Schedule E/F and
    - ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☐ Schedule I
  - ☐ Schedule J
  - ☐ Schedule J-2
  - ☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): _____
_____
_____

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date<br>January 6, 2025 | Signature<br>/s/ George E. Jacobs |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date<br>January 6, 2025 | Signature<br>/s/ Marty Johnson |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

**PLEASE CHANGE TO:**

_____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

State of Michigan
Collection/Bankruptcy Unit
POB 30158
Lansing, MI 48909

**PLEASE CHANGE TO:**

_____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

2

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Northstarr Builders, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN - EDMI |
| Case number (if known) | 24-32419 |

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Ford Motor Credit**
Creditor's Name

P.O. Box 650574
Dallas, TX 75265
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2019 F250

Describe the lien
Auto PMSI

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,206.65          $20,000.00

---

**2.2** **Lease Direct**
Creditor's Name

P.O. Box 41602
Philadelphia, PA 19101
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien
lift loan

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$34,602.72          $15,000.00

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor | **Northstarr Builders, LLC** | Case number (if known) | **24-32419** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

### 2.3 Lendr
Creditor's Name

**670 N. Clark St., Ste. 200
Chicago, IL 60654**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**junior lien on all assets of the Debtor (unperfected)**

Describe the lien
**MCA loan**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$60,000.00    $0.00

---

### 2.4 SBA
Creditor's Name

**409 3rd St. SW
Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on all assets**

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$384,506.57    $40,750.00

---

### 2.5 Sheffield Financial
Creditor's Name

**PO BOX 580229
Charlotte, NC 28258**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Excavator**

Describe the lien
**Excavator lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

$10,303.00    $6,000.00

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 2 of 3

| | Is anyone else liable on this claim? |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $522,618.94

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Northstarr Builders, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN - EDMI |
| Case number (if known) | 24-32419 |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,525.00 | $80,525.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**income taxes owed** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of Michigan**<br>**Collection/Bankruptcy Unit**<br>**POB 30158**<br>**Lansing, MI 48909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,111.00 | $10,111.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**income taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Northstarr Builders, LLC** | Case number (if known) | **24-32419** |
|---|---|---|---|

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.1 | **AG Adjustments**<br>740 Walt Whitman Rd.,<br>Melville, NY 11749-9090<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| 3.2 | **Alison Johnson**<br>3415 Ray Rd.<br>Grand Blanc, MI 48439<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,500.00 |
| 3.3 | **Amanda Lewis**<br>7700 Sheridan Rd.<br>Gaines, MI 48436<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **services performed**<br>Is the claim subject to offset? ■ No ☐ Yes | $103,630.00 |
| 3.4 | **American Express**<br>P.O. Box 3006<br>Newark, NJ 07101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | $22,165.00 |
| 3.5 | **Ana Granite**<br>4126 Holiday Dr.<br>Flint, MI 48507<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,000.00 |
| 3.6 | **Beth & Josh Bodetker**<br>6365 Stonegate<br>Flint, MI 48532<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $24,954.95 |
| 3.7 | **Blasius Countertops**<br>8835 Van Cleve Rd.<br>Vassar, MI 48768<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $11,540.00 |

| Debtor | Northstarr Builders, LLC | Case number (if known) | 24-32419 |
|---|---|---|---|

| 3.8 | Nonpriority creditor's name and mailing address<br>**Bob Strum**<br>3325 Innsbrook Dr.<br>Rochester, MI 48309<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,944.00** |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address<br>**Brian Martin**<br>12103 Duffield Rd.<br>Montrose, MI 48457<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **remodel**<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,000.00** |
| 3.10 | Nonpriority creditor's name and mailing address<br>**Capital One**<br>P.O. Box 71083<br>Charlotte, NC 28272<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,994.11** |
| 3.11 | Nonpriority creditor's name and mailing address<br>**Carmalita Lewis**<br>2233 Mount Elliot<br>Flint, MI 48504<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | **$824.50** |
| 3.12 | Nonpriority creditor's name and mailing address<br>**David & Angela Phillipart**<br>10075 Cedar Shores<br>White Lake, MI 48386<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **work provided**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Eric Tiffan**<br>805 West Pennisula Ct.<br>Oxford, MI 48371<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Gary Drinan**<br>3915 Bald Eagle Lake Road<br>Holly, MI 48442<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,600.00** |

| 3.15 | Nonpriority creditor's name and mailing address<br>**Home Depot USA, Inc.**<br><br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,000.00 |
|---|---|---|

| 3.16 | Nonpriority creditor's name and mailing address<br>**John Baluci**<br>3663 Loch Bend Dr.<br>Commerce Township, MI 48382<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **deck build**<br>Is the claim subject to offset? ■ No ☐ Yes | $28,000.00 |
|---|---|---|

| 3.17 | Nonpriority creditor's name and mailing address<br>**Kristee Mitchell**<br>6333 McCandlish Rd.<br>Grand Blanc, MI 48439<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **window install**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,400.00 |
|---|---|---|

| 3.18 | Nonpriority creditor's name and mailing address<br>**Lakeside Surfaces**<br>3792 29th St. SE<br>Grand Rapids, MI 49512<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $9,100.00 |
|---|---|---|

| 3.19 | Nonpriority creditor's name and mailing address<br>**Laura Eyles**<br>5172 Frankwill Ave<br>Clarkston, MI 48346<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,100.00 |
|---|---|---|

| 3.20 | Nonpriority creditor's name and mailing address<br>**Mary Hogg**<br>1180 E. Cohoctah Rd.<br>Linden, MI 48451<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,909.50 |
|---|---|---|

| 3.21 | Nonpriority creditor's name and mailing address<br>**Melissa & Rick Smearman**<br>13554 North Rd.<br>Fenton, MI 48430<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **house interior**<br>Is the claim subject to offset? ■ No ☐ Yes | $52,101.00 |
|---|---|---|

Debtor **Northstarr Builders, LLC**      Case number (if known) **24-32419**
Name

---

| 3.22 | Nonpriority creditor's name and mailing address<br>**Mitch Homman CPA**<br>**6067 Corunna Rd., Ste. 1**<br>**Flint, MI 48532**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounting services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,646.00 |
|---|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address<br>**Patrick Jaloszynski**<br>**5106 North Oak Rd.**<br>**Davison, MI 48423**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **front door installation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,000.00 |
| 3.24 | Nonpriority creditor's name and mailing address<br>**Sabin & Regina Blake**<br>**2475 Valley Oaks Circle**<br>**Flint, MI 48532**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,950.00 |
| 3.25 | Nonpriority creditor's name and mailing address<br>**Sharon Lapham**<br>**288 Triangle Lake Rd.**<br>**Howell, MI 48843**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $39,816.00 |
| 3.26 | Nonpriority creditor's name and mailing address<br>**Shelter of Flint**<br>**924 Cedar St.**<br>**Flint, MI 48503**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **work provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,101.00 |
| 3.27 | Nonpriority creditor's name and mailing address<br>**Susan Tons**<br>**3233 Briar Hill Rd.**<br>**Hartland, MI 48353**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,242.00 |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Weber & Olcese**<br>**P.O. Box 1330**<br>**Birmingham, MI 48012**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **notice only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Wex Bank<br>1 Hancock St.<br>Portland, ME 04101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **collection** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 90,636.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 429,518.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 520,154.06 |