UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Northstarr Builders, LLC

        Case No.   24-32419
        Chapter   11
        Judge     Applebaum

Debtor.
_____/

## CASH FLOW FOR SMALL BUSINESS

Dated: 1/10/25

Respectfully submitted,

/s/ George E. Jacobs
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

For calendar year 2023 or tax year beginning _____, ending _____

**A** S election effective date: 10/4/2013
**B** Business activity code number (see instructions): 236110
**C** Check if Sch. M-3 attached ☐

TYPE OR PRINT

Name: Northstarr Builders LLC
Number, street, and room or suite no. If a P.O. box, see instructions.: 4188 Fenton Rd
City or town: Flint  State: MI  ZIP code: 48507
Foreign country name: ___ Foreign province/state/county: ___ Foreign postal code: ___

**D** Employer identification number: 46-3910463
**E** Date incorporated: 10/7/2013
**F** Total assets (see instructions): $ 359,705

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ... 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 2,178,564 |
| 1b | Less returns and allowances | 19,392 |
| 1c | Balance | 2,159,172 |
| 2 | Cost of goods sold (attach Form 1125-A) | 1,901,359 |
| 3 | Gross profit. Subtract line 2 from line 1c | 257,813 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (see instructions—attach statement) | 3,273 |
| 6 | **Total income (loss).** Add lines 3 through 5 | 261,086 |

### Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions — attach Form 1125-E) | 88,650 |
| 8 | Salaries and wages (less employment credits) | |
| 9 | Repairs and maintenance | |
| 10 | Bad debts | |
| 11 | Rents | 5,424 |
| 12 | Taxes and licenses | 13,357 |
| 13 | Interest (see instructions) | 115,852 |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 13,203 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | |
| 16 | Advertising | 72,161 |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | |
| 20 | Other deductions (attach statement) | 120,422 |
| 21 | **Total deductions.** Add lines 7 through 20 | 429,069 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | -167,983 |

### Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 23a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 23b | Tax from Schedule D (Form 1120-S) | |
| 23c | Add lines 23a and 23b (see instructions for additional taxes) | 0 |
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | |
| 24b | Tax deposited with Form 7004 | |
| 24c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 24d | Elective payment election amount from Form 3800 | |
| 24z | Add lines 24a through 24d | 0 |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 0 |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 0 |
| 28 | Enter amount from line 27: Credited to 2024 estimated tax ___ Refunded | 0 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: ___  Date: ___  Title: President

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Mitch U Hoffman | Mitch U Hoffman | | | P00433504 |

Firm's name: Mitch Hoffman, CPA, PC
Firm's address: 6067 Corunna Rd., Ste. 1
City: Flint  State: MI  ZIP code: 48532
Firm's EIN: 90-0047463
Phone no.: (810) 732-2011