# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN - EDMI

### COVER SHEET FOR AMENDMENTS

**Case Name:** Northstarr Builders, LLC     **Case No.:** 24-32419

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- [ ] **Amendment to Petition:**
  - [ ] Name [ ] Debtor(s) Mailing Address [ ] Alias
  - [ ] Signature [ ] Complying with Order Directing the Filing of Official Form(s)
- [ ] **Summary of Your Assets and Liabilities and Certain Statistical Information**
- [ ] **Statement of Financial Affairs**
- [ ] **Schedules and List of Creditors:**
  - [ ] Schedule A/B
  - [ ] Schedule C    [ ] Debtor 2 Schedule C
  - [ ] List of Creditors [ ] Schedule D [✓] Schedule E/F and
    - [✓] Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
    - [ ] Change address of a creditor already on the List of Creditors - **No Fee Required**
  - [ ] Schedule G
  - [ ] Schedule H
  - [ ] Schedule I
  - [ ] Schedule J
  - [ ] Schedule J-2
  - [ ] Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** January 20, 2025 | **Signature** /s/ George E. Jacobs |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** January 20, 2025 | **Signature** /s/ Marty Johnson |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**  **PLEASE CHANGE TO:**

52-2 District Court
5850 Lorac
Case No. 24-05109
Clarkston, MI 48346

**PREVIOUS NAME/ADDRESS OF CREDITOR:**  **PLEASE CHANGE TO:**

Kustra & Bloom, PLC
21002 Mack Avenue
Grosse Pointe, MI 48236

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Northstarr Builders, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN - EDMI |
| Case number (if known) | **24-32419** |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,525.00 | $80,525.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**income taxes owed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of Michigan**<br>**Collection/Bankruptcy Unit**<br>**POB 30158**<br>**Lansing, MI 48909** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,111.00 | $10,111.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**income taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Northstarr Builders, LLC** | Case number (if known) | 24-32419 |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | 52-2 District Court<br>5850 Lorac<br>Case No. 24-05109<br>Clarkston, MI 48346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **notice only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | AG Adjustments<br>740 Walt Whitman Rd.,<br>Melville, NY 11749-9090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **collection** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | Alison Johnson<br>3415 Ray Rd.<br>Grand Blanc, MI 48439 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **collection** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $103,630.00 |
|---|---|---|---|
| | Amanda Lewis<br>7700 Sheridan Rd.<br>Gaines, MI 48436 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **services performed** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,165.00 |
|---|---|---|---|
| | American Express<br>P.O. Box 3006<br>Newark, NJ 07101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **credit card** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | Ana Granite<br>4126 Holiday Dr.<br>Flint, MI 48507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **collection** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,954.95 |
|---|---|---|---|
| | Beth & Josh Bodetker<br>6365 Stonegate<br>Flint, MI 48532 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **collection** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**  
Blasius Countertops  
8835 Van Cleve Rd.  
Vassar, MI 48768 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $11,540.00 |
|---|---|---|---|
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **collection**  
Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**  
Bob Strum  
3325 Innsbrook Dr.  
Rochester, MI 48309 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $25,944.00 |
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **collection**  
Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**  
Brian Martin  
11397 Liberty Street  
Clio, MI 48420 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $40,000.00 |
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **remodel**  
Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**  
Capital One  
P.O. Box 71083  
Charlotte, NC 28272 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $4,994.11 |
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **credit card**  
Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**  
Carmalita Lewis  
2233 Mount Elliot  
Flint, MI 48504 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $824.50 |
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **collection**  
Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**  
David & Angela Phillipart  
10075 Cedar Shores  
White Lake, MI 48386 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $3,000.00 |
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **work provided**  
Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**  
Eric Tiffan  
805 West Pennisula Ct.  
Oxford, MI 48371 | As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed | $1,000.00 |
| | Date(s) debt was incurred __  
Last 4 digits of account number __ | Basis for the claim: **collection**  
Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Northstarr Builders, LLC** | Case number (if known) | **24-32419** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Gary Drinan<br>3915 Bald Eagle Lake Road<br>Holly, MI 48442<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,600.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Home Depot USA, Inc.<br><br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,000.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>John Baluci<br>3663 Loch Bend Dr.<br>Commerce Township, MI 48382<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **deck build**<br>Is the claim subject to offset? ■ No ☐ Yes | $28,000.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Kristee Mitchell<br>6333 McCandlish Rd.<br>Grand Blanc, MI 48439<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **window install**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,400.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Kustra & Bloom, PLC<br>21002 Mack Avenue<br>Grosse Pointe, MI 48236<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **lawsuit pending with Daniel St. Aubin/notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Lakeside Surfaces<br>3792 29th St. SE<br>Grand Rapids, MI 49512<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $9,100.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Laura Eyles<br>5172 Frankwill Ave<br>Clarkston, MI 48346<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **collection**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,100.00 |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 4 of 6

24-32419-jda    Doc 46    Filed 01/20/25    Entered 01/20/25 11:53:46    Page 6 of 8

### 3.22
**Nonpriority creditor's name and mailing address**
Mary Hogg
1180 E. Cohoctah Rd.
Linden, MI 48451

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** collection

Is the claim subject to offset? ■ No ☐ Yes

**$8,909.50**

### 3.23
**Nonpriority creditor's name and mailing address**
Melissa & Rick Smearman
13554 North Rd.
Fenton, MI 48430

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** house interior

Is the claim subject to offset? ■ No ☐ Yes

**$52,101.00**

### 3.24
**Nonpriority creditor's name and mailing address**
Mitch Homman CPA
6067 Corunna Rd., Ste. 1
Flint, MI 48532

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** accounting services

Is the claim subject to offset? ■ No ☐ Yes

**$4,646.00**

### 3.25
**Nonpriority creditor's name and mailing address**
Patrick Jaloszynski
5106 North Oak Rd.
Davison, MI 48423

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** front door installation

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

### 3.26
**Nonpriority creditor's name and mailing address**
Sabin & Regina Blake
2475 Valley Oaks Circle
Flint, MI 48532

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** collection

Is the claim subject to offset? ■ No ☐ Yes

**$9,950.00**

### 3.27
**Nonpriority creditor's name and mailing address**
Sharon Lapham
288 Triangle Lake Rd.
Howell, MI 48843

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** collection

Is the claim subject to offset? ■ No ☐ Yes

**$39,816.00**

### 3.28
**Nonpriority creditor's name and mailing address**
Shelter of Flint
924 Cedar St.
Flint, MI 48503

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** work provided

Is the claim subject to offset? ■ No ☐ Yes

**$7,101.00**

| Debtor | **Northstarr Builders, LLC** | Case number (if known) | **24-32419** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Susan Tons<br>3233 Briar Hill Rd.<br>Hartland, MI 48353<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,242.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Weber & Olcese<br>P.O. Box 1330<br>Birmingham, MI 48012<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **notice only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Wex Bank<br>1 Hancock St.<br>Portland, ME 04101<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **collection**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $500.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 90,636.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 429,518.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 520,154.06 |