UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Northstarr Builders, LLC

Debtor.
_____/

Case No. 24-32419
Chapter 11
Judge Applebaum

## OBJECTION TO CLAIM OF HYUNDAI CAPITAL AMERICA (HCA) DBA HYUNDAI MOTOR FINANCE

NOW COMES the Debtor, Northstarr Builders, LLC, by and through its counsel, Bankruptcy Law Office, by George E. Jacobs, and for its Objection states as follows:

1. That HCA filed a proof of claim on 4/4/2025 alleging a secured claim in the amount of $23,109.05 (Exhibit "B"). The claim alleged a secured interest in a certain 2023 Hyundai Santa Cruz.

2. That the Debtor does not deny that the debt owed to HCA is in the amount stated on the claim, but rather as to its status as a secured claim for the following reasons:

   A. That the contract is solely in the name of the Debtor, includes its designation as a limited liability company and gives the address of the limited liability company. (4188 Fenton Road, Flint, Michigan) as its address.

   B. That the RD108 attached to the claim filed lists the owner as "Marty Paul Northstarr Builders" and gives the address of the owner as 9455 Pine Valley Dr., Grand Blanc, Michigan which is the home address of Marty Johnson.

   C. That the title issued by the Secretary of State lists Marty Johnson as the owner. (Exhibit "C").

3. That as such the claim is a general unsecured claim.

WHEREFORE, Debtor requests this Honorable Court sustain its Objection to the Claim of Hyundai Capital America and limit its claim to a general unsecured claim by entering the order attached as exhibit "A".

Respectfully submitted,

Dated: 4/9/25

/s/ George E. Jacobs
George E. Jacobs (P36888)
Attorney for Debtor
2425 S. Linden Rd. Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Northstarr Builders, LLC

Case No. 24-32419
Chapter 11
Hon. Applebaum

Debtor(s).
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM OF HYUNDAI CAPITAL AMERICA (HCA) DBA HYUNDAI MOTOR FINANCE

This matter, having come before the Court on the objection of the Debtor to the claim of Hyundai Capital America (HCA) DBA Hyundai Motor Finance and this Court being otherwise fully appraised in the premises;

NOW THEREFORE, it is hereby ordered that the claim of Hyundai Capital America (HCA) DBA Hyundai Motor Finance is limited to a general unsecured claim.

**Exhibit "A"**

Fill in this information to identify the case:

Debtor 1  NORTHSTARR BUILDERS, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number  24-32419

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Hyundai Capital America (HCA) DBA Hyundai Motor Finance
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  Hyundai Motor Finance

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Hyundai Capital America DBA Hyundai Motor Finance
Name

P.O. BOX 20809
Number       Street

FOUNTAIN VALLEY   CA        92728
City              State      ZIP Code

Contact phone  844-255-9182

Contact email  Cheryl.Dickerson@hcs.com

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City           State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on ___/___/___
                                                                     MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                    Proof of Claim                                    page 1
Case 24-32419-jda    Claim 16    Filed 04/04/25    Page 1 of 10
24-32419-jda    Doc 92    Filed 04/09/25    Entered 04/09/25 08:58:10    Page 3 of 13

Exhibit "B"

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
- ☐ No
- ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7__ __9__ __0__ __0__

**7. How much is the claim?** $ 23,109.05. Does this amount include interest or other charges?
- ☐ No
- ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned - Retail Installment Contract

**9. Is all or part of the claim secured?**
- ☐ No
- ☑ Yes. The claim is secured by a lien on property.

  **Nature of property:**
  - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  - ☑ Motor vehicle
  - ☐ Other. Describe: _____

  **Basis for perfection:** Retail Installment Contract
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:** $ 32,125.00
  **Amount of the claim that is secured:** $ 23,109.05
  **Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:** $ 0.00

  **Annual Interest Rate** (when case was filed) 4.40 %
  - ☑ Fixed
  - ☐ Variable

**10. Is this claim based on a lease?**
- ☑ No
- ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
- ☑ No
- ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | |
| | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ | Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ | Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/04/2025
                  MM / DD / YYYY

/s/Cheryl Dickerson
Signature

**Print the name of the person who is completing and signing this claim:**

Name: /s/Cheryl Dickerson
      First name    Middle name    Last name

Title: Bankruptcy Analyst

Company: Hyundai Capital America
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: P.O. BOX 20809
         Number    Street
         FOUNTAIN VALLEY          CA       92728
         City                    State    ZIP Code

Contact phone: 844-255-9182      Email: Cheryl.Dickerson@hcs.com

# Attachment A

# HYUNDAI CAPITAL AMERICA

## Proof of Claim Account Summary Statement

**Bankruptcy Case Information**

| | |
|---|---|
| Debtor(s) | NORTHSTARR BUILDERS, LLC |
| Case Number | 24-32419 |
| Chapter | Chapter 11 |
| Bankruptcy Petition Date | December 23, 2024 |

**Account Information**

| | |
|---|---|
| Account Number (last 4) | 7900 |
| Amount of Claim | $23,109.05 |
| Principle Balance: | $22,954.98 |
| Interest | $135.59 |
| Late Fees | $0.00 |
| NSF Fees | $0.00 |
| Other Fees () | $0.00 |
| Repossession Expenses | $0.00 |
| Storage Expenses | $0.00 |
| Impound Expenses | $0.00 |
| Legal Expenses | $0.00 |
| Other Fees (Deferred Fee) | $18.48 |

**Past Due Amount**

| | |
|---|---|
| Amount past due at time of petition | $0.00 |

# LAW 553-MI-eps 8/21

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| NORTHSTARR BUILDERS, LLC<br>4188 FENTON RD<br>FLINT, MI 48507<br>GENESEE | N/A | GENESEE VALLEY AUTO MALL, INC.<br>4350 Lennon Rd<br>Flint, MI 48507 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2023 | HYUNDAI SANTA CRUZ | 16 | 5NTJDDAF3PH054474 | Personal, family, or household unless otherwise indicated below<br>☒ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 3,925.00 |
|---|---|---|---|---|
| 4.40 % | $ 3,691.52 | $ 39,224.80 | $ 42,916.32 | $ 46,841.32 is |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | $ 894.09 | MONTHLY beginning 03/05/2023 |
| N/A | $ N/A | N/A |
|  |  | N/A |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___15___ or ___5___ % of the part of the payment that is late, whichever is ___greater___.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within ___N/A___ days after it is due, you will pay a late charge of $ ___N/A___ or ___N/A___ % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X _____ Co-Buyer Signs X N/A

LAW 553-MI-eps 8/21 v2    Page 1 of 5

**ITEMIZATION OF AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

1. Cash Price.
   A. Taxable Part of Cash Price
   - to Seller for Vehicle — $39,345.00
   - to Seller for Accessories and Installation Charges — $N/A
   - to Seller for Document Preparation Fee — $230.00
   - to STATE OF MI for CVR FEE — $24.00
   - to N/A for N/A — $N/A
   - to 3M FREEDOM for 3M FREEDOM — $149.00
   - to N/A for N/A — $N/A
   - Total Taxable Part of Cash Price — $39,748.00
   
   B. To Government Agencies for Sales Tax — $1,921.80
   
   C. Non-Taxable Part of Cash Price
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - Total Non-Taxable Part of Cash Price — $N/A
   
   Total Cash Price — $41,669.80 (1)

2. Total Downpayment =
   Trade-in 2021 CHEVROLET BLAZER (Year) (Make) (Model)
   - Gross Trade-In Allowance — $25,000.00
   - Less Pay Off Made By Seller to THE STATE BANK — $21,257.00
   - Equals Net Trade In — $3,743.00
   - + Cash — $182.00
   - + Other N/A — $N/A
   - + Other N/A — $N/A
   - + Other N/A — $N/A
   (If total downpayment is negative, enter "0" and see 4H below) — $3,925.00 (2)

3. Unpaid Balance of Cash Price (1 minus 2) — $37,744.80 (3)

4. Other Charges Including Amounts Paid to Others on Your Behalf
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
   - Life $ N/A
   - Disability $ N/A — $N/A
   B. Other Optional Insurance Paid to Insurance Company or Companies — $N/A
   C. Optional Gap Contract — $N/A
   D. Official Fees Paid to Government Agencies — $N/A
   E. Government Taxes Not Included in Cash Price — $N/A
   F. Government License Fees and/or Registration Fees
      LICENSE AND/OR REG FEES — $182.00
   G. Government Certificate of Title Fees — $16.00
   H. Prior Credit or Lease Balance Paid to N/A — $N/A
   I. Other Charges (Seller must identify who is paid and describe purpose.)
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to TOTALCARE for ~~TOTALCARE~~ ROAD HAZARD — $1,282.00
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   - to N/A for N/A — $N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf — $1,480.00 (4)

5. Amount Financed - Principal Balance (3 + 4) — $39,224.80 (5)
6. Finance Charge — $3,691.52 (6)
7. Total of Payments - Time Balance — $42,916.32 (7)

Payment Schedule: The payment schedule will be 48 installments of $894.09 each, monthly beginning 03/05/2023, or if scheduled payments are irregular or uneven, as follows N/A.

Buyer Signs X [signature] Co-Buyer Signs X N/A

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A.
SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term N/A Mos. N/A
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X N/A

**Returned Check Charge:** You agree to pay a charge of $25 if any check or other payment instrument you give us is dishonored.

Case 24-32419-jda  Claim 16  Filed 04/04/25  Page 6 of 10
24-32419-jda  Doc 92  Filed 04/09/25  Entered 04/09/25 08:58:10  Page 8 of 13
LAW 553-MI-eps 8/21 v2  Page 2 of 5

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell insurance in Michigan. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
## Optional Credit Insurance

| ☐ Credit Life: | ☐ Buyer | ☐ Co-Buyer | ☐ Both | ☐ Credit Disability: | ☐ Buyer | ☐ Co-Buyer | ☐ Both |

Premium:
Credit Life $ _____N/A_____ Term _____N/A_____
Premium:
Credit Disability $ _____N/A_____ Term _____N/A_____

Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

## Other Optional Insurance

☐ _____N/A_____      _____N/A_____    Premium $ _____N/A_____
Type of Insurance       Term

Insurance Company Name & Address
N/A

☐ _____N/A_____      _____N/A_____    Premium $ _____N/A_____
Type of Insurance       Term

Insurance Company Name & Address
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A                                              N/A         X N/A                                              N/A
Buyer Signature                                    Date        Co-Buyer Signature                                 Date

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. If all your scheduled payments are equal, we will give you at least 25 days after the final scheduled payment is due to pay any extra amount you owe because you paid late. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is larger than any of the substantially equal prior scheduled payments. If your final scheduled payment is a balloon payment, you have the right to enter into a new written agreement when it is due (refinance). You may refinance the balloon in equal installments over a reasonable period of time. During this period, you will also pay a finance charge on the unpaid balance computed using the Annual Percentage Rate on page 1 of this contract.

Buyer Signs X [signature]    Co-Buyer Signs X N/A    LAW 553-MI-eps 8/21 v2    Page 3 of 5

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or, if such coverage cannot be obtained, buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. If you fail to pay us, and if permitted by law, we may add the charge to the balance owing under this contract. We may increase the amount of your scheduled payment in order to amortize the charge by the time your final payment is due. As an alternative and, if you specifically agree, you may have a larger or balloon final payment, or the date of the final payment may be extended. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your car has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle or earlier, if we notify you of an earlier date.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 5. APPLICABLE LAW

Federal law and the law of Michigan apply to this contract.

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X_____ Pres _____ Co-Buyer Signs X N/A _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

Warning: The insurance afforded hereunder does not cover liability for injury to persons or damage to property of others, unless so indicated hereon.

**Notice To Buyer:** Do not sign this contract in blank. You are entitled to 1 true copy of the contract you sign without charge. Keep it to protect your legal rights.

Buyer Signs X_____ Pres _____ Date 01/20/2023 Co-Buyer Signs X N/A _____ Date N/A
Buyer Printed Name NORTHSTARR BUILDERS, LLC   Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name NORTHSTARR BUILDERS, LLC / MARTY JOHNSTON   Title PRESIDENT
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X   N/A   Address N/A
Seller signs GENESEE VALLEY AUTO MALL, INC.   Date 01/20/2023   By X_____   Title F&I MANAGER

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X_____ Pres _____ Date 01/20/2023 Co-Buyer Signs X N/A _____ Date N/A

Seller assigns its interest in this contract to HYUNDAI MOTOR FINANCE   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse
Seller GENESEE VALLEY AUTO MALL, INC.
By X _____   Title F&I MANAGER

# Receipt for RD-108 Dealer Transaction

**APPLICATION FOR MICHIGAN TITLE AND REGISTRATION**

Validation:
01202023  603  67219070  2163.80
MI0016010290  000016 A
*S.I. RECORDED*

Dealer: GENESEE VALLEY AUTO MALL INC
Address: 4350 LENNON ROAD
City: FLINT, MI 48507

Dealer License No.: [redacted]

Odometer: 000016 A
A = Actual mileage
B = Not actual mileage
C = Exceeds mechanical limits of odometer



Transaction Type: ORIG TITLE/REN TRANS PLATE
MCO Number: NO

| Plate No. | Expires on | Months | County |
|---|---|---|---|
| [redacted] | 02/01/2024 | 14 | GENESEE |

| Year | Make | Body Style | | |
|---|---|---|---|---|
| 2023 | HYUNDAI | PICK-UP | | |

| Vehicle No. | Fee Cat. or Wt. | Brand |
|---|---|---|
| 5NTJDDAF3PH054474 | 37350 | |

Complete Name(s) and Address(es) of All Owners or Lessors:
MARTY PAUL NORTHSTARR BUILDERS
9455 PINE VALLEY DR
GRAND BLANC, MI 48439-2675

Complete Name(s) and Address(es) of Lessees: NONE

| | |
|---|---|
| License Fee | 216.00 |
| Title | 16.00 |
| Title Late Fee | 0.00 |
| Tax | 1921.80 |
| Transfer Fee | 10.00 |
| Total | 2163.80 |
| Full Rights to Survivor | N |

| First Secured Interest | Filing Date |
|---|---|
| HYUNDAI MOTOR FINANCE PO BOX 105299 ATLANTA, GA 30348-5299 USA | 01/20/2023 |
| Second Secured Interest: NONE | |

Purchase Price of Vehicle: 40776.00

Authority Granted by Act 300 of 1949, as amended.        RD-108L (2/19)

# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| 5NTJDDAF3PH054474 | 2023 | HYUNDAI | SANTA CRUZ | PICKUP |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND OR LEGEND |
|---|---|---|---|
| MI0016010290 | 01/20/2023 | 000016 | |

**WEIGHT OR FEE CATEGORY:** 37350

**ODOMETER BRAND:** *ACTUAL MILEAGE*

**OWNER(S) NAME AND ADDRESS:**
MARTY PAUL JOHNSON
9455 PINE VALLEY DR
GRAND BLANC MI 48439

**First Secured Party/Filing Date:**
HYUNDAI MOTOR FINANCE
PO BOX 105299         01/20/2023
ATLANTA          GA    30348

Release of First Lien:
Signature of Agent _____ Date _____

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. **ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.**

**Completed by Seller**

I warrant the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

Purchaser(s) Name (printed) | Date of Sale | Selling Price
Purchaser's Street Address | City | State | Zip

I (we) certify the odometer reading is: ☐☐☐☐☐☐ . ☒ (No Tenths) and to the best of my knowledge the odometer mileage is:
☐ actual mileage  ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Seller(s): X | Seller(s) Name (printed)
Seller's Street Address | City | State | Zip

**Completed by Buyer**

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment
"I am aware of the above odometer certification made by the seller(s)."

Signature of Purchaser(s): X | Printed Name of Purchaser(s)

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for title and presented to the Michigan Department of State.

Secured Party: | Address:

The State of Michigan, Michigan Department of State certifies this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS**

MARTY PAUL JOHNSON
9455 PINE VALLEY DR
GRAND BLANC       MI   48439

Exhibit "C"

**H06601259**

**\*\*NOTICE TO SELLERS\*\***
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS