# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** 24-32419 |
| Northstarr Builders, LLC | **CHAPTER** 11 |
| **Debtor.** | **JUDGE:** APPLEBAUM |

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

COMES NOW, Ford Motor Credit Company LLC ("Creditor"), to Object to confirmation of Chapter 11 Plan ("Plan") filed by Northstarr Builders, LLC (hereafter referred to as "Debtor") and states the following:

## BACKGROUND

1. The United States Bankruptcy Court for the Eastern District of Michigan has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 1129. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (L), and (O).

2. On December 23, 2024, Debtor filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code.

3. Creditor holds a security interest in the vehicle identified as a 2019 Ford F-250 Super Duty Crew Cab XL 4WD 6.2L V8 VIN: 1FT7W2B62KEG69483 (the "Collateral"). Copies of the Retail Installment Sales Contract ("Contract") and Evidence of Security Interest are attached as Exhibits "A" and "B," respectively.

4. Creditor timely filed a Proof of Claim in the amount of $33,199.56 on January 2, 2025 ("POC"). See Claim #1-1. The POC has not been objected to by Debtor or any other party.

5. The Collateral was acquired by Debtor for commercial use.

6. The balance owed under the Purchase Agreement at the time of petition is $33,199.56.

7. The First Amended Chapter 11 Plan at ECF No. 88 proposes to pay Creditor's claim in the amount of <u>$20,000</u> (at <u>7.00%</u> interest).

## **GROUNDS FOR OBJECTION**

Creditor objects to the Plan for the following reasons:

8. Creditor objects to the value of the vehicle as proposed in the Plan. Creditor believes the value to be $31,550 when calculated as of the effective date of the plan pursuant to 11 U.S.C. 1129(a)(7). A copy of the vehicle valuation is attached as Exhibit "C."

9. The Plan fails to pay the applicable prime plus interest rate. In addition, the Debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.*, 541 U.S. 465; 124 S. Ct. 1951 (2004). See also *In re Am. HomePatient, Inc.,* 420 F.3d 559, 568 (6th Cir. 2005) ("[T]he market rate should be applied in Chapter 11 cases where there exists an efficient market. But where no efficient market exists for a Chapter 11 debtor, then the bankruptcy court should [in the context of a Chapter 11 cramdown] employ the formula approach endorsed by the *Till* plurality.") The current prime rate of interest is 7.50%. To the extent

that the Plan proposes to pay less than the prime interest rate plus 2.00%, Creditor objects to the confirmation of the Plan.

WHEREFORE, Creditor asks the Court to deny confirmation of the Chapter 11 Plan, and dismiss the Chapter 11 case or, in the alternative, convert the case under Chapter 7 of the Bankruptcy Code. Creditor asks for such other and further relief to which it is justly entitled.

DATE: April 28, 2025

Respectfully submitted:

**/s/ Jacob High**
Law Office of Jacob High, PLLC
6440 Lake Meadow Drive
Waterford, MI 48327
Telephone: (248) 818-5880
jacob@jacobhighlaw.com
Attorney Bar Number P76374

**ATTORNEY FOR CREDITOR**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN RE:**                                                    **CASE NO.** 24-32419

Northstarr Builders, LLC            **CHAPTER** 11

**Debtor.**                                                         **JUDGE:** APPLEBAUM

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a true and correct copy of the above Objection to Confirmation of Debtor's Chapter 11 Plan was served via electronic means, if available, otherwise by regular first-class mail, to:

Northstarr Builders, LLC *Via US Mail to Debtor(s):*
4188 Fenton Rd.
Fenton, MI 48430

George E. Jacobs *Via CM/ECF to Counsel for Debtor(s):*
george@bklawoffice.com

Kimberly Ross Clayson *Via CM/ECF to Chapter 11 Trustee*:
kclayson@taftlaw.com

Jill M. Gies (UST) via *CM/ECF*
jill.gies@usdoj.gov

                                                               Respectfully submitted:

                                                               **/s/ Jacob High**
                                                               Law Office of Jacob High, PLLC
                                                               6440 Lake Meadow Drive
                                                               Waterford, MI 48327
                                                               Telephone: (248) 818-5880
                                                               jacob@jacobhighlaw.com
                                                               Attorney Bar Number P76374

                                                               **ATTORNEY FOR CREDITOR**
                                                               **FORD MOTOR CREDIT**
                                                               **COMPANY LLC**