UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Northstarr Builders, LLC,   Case No. 24-32419
                                    Chapter   11
                                    Hon. Joel D. Applebaum

    Debtor.
_____/

# ORDER CONFIRMING DEBTOR'S
# SECOND AMENDED PLAN UNDER 11 U.S.C. 1191(b)

Northstarr Builders, LLC. filed its Second Amended Subchapter V Plan (the "Plan") with the Court on 5/15/2025 (Docket #115). Copies of the Plan and a ballot were served on all creditors, and other interested parties on May 16, 2025. The hearing on confirmation was held on June 25, 2025 at 11:00 a.m. All filed and unfiled objections have been resolved. The plan amended by this Order is confirmed.

WHEREFORE, THE COURT FINDS AND CONCLUDES AS FOLLOWS:

1. All requirements for confirmation of the Plan under 11 U.S.C. §§1191 and 1129 have been satisfied and the plan is being confirmed pursuant to 11 U.S.C. §1191(b).

2. In the event of conversion of this case post-confirmation to a case under Chapter 7 of the Bankruptcy Code, all property that vested in the Debtor, Debtor-in-Possession, Reorganized Debtor, Liquidating Trustee or any Successor to the Debtor under the confirmed Plan or under 11 U.S.C. §1141, or that was otherwise acquired post-confirmation, will become property of the Chapter 7 estate.

3. The Debtor will remain responsible for filing timely Weekly Operating Reports until this case is confirmed, dismissed or converted to Chapter 7. The Debtor is responsible for making all distributions under the plan.

4. Debtor must timely file a Notice of Substantial Consummation in accordance with 11 U.S.C. § 1183(c)(2). To confirm the Notice of Substantial Consummation, The Debtor must serve the Subchapter V Trustee with copies of all checks distributed in the initial distribution to Classes requested by Subchapter V Trustee. The Subchapter V Trustee will not file her Notice of (Non) Distribution until after receipt and confirmation of the initial distribution checks for any Classes he requests to his satisfaction. The Debtors shall be responsible for making the plan payments directly.

5. This Court shall retain jurisdiction to the full extent and duration provided for by the current Bankruptcy Code.

6. Professionals shall file all claims for administrative expenses no later than 30 days from the date of entry of this Order.

7. No just reason exists for delay in the implementation of the Confirmation Order. The Court hereby directs entry of the judgment set forth herein. This Confirmation Order is final and appealable order under Federal Rules of Bankruptcy Procedure 7054(a) and 9014 and Federal Rule of Civil Procedure 54 (b).

8. Upon failure of the Debtor to make any payment due on any administrative, secured, priority, or general unsecured claim of a which is not cured within 30 days of the mailing of a written notice of default by the creditor, such creditor may exercise all

rights and remedies applicable under non- bankruptcy law for the collection of its entire claim and/or seek appropriate relief from this Court.

9. There shall be no penalty for the prepayment of any obligation owed pursuant to the plan and this Order.

10. Default Provision - IRS. Notwithstanding any other provision or term of this Plan or Confirmation Order, the following Default Provision shall control as to the United States of America, Internal Revenue Service ("IRS") and all of its Claims and the IRS Claim:

> (1) If the Debtors or Reorganized Debtors fail to pay when due any payment required to be made on federal taxes, Claims of the IRS, the IRS Claim, or other payment required to be made to the IRS under the terms and provisions of this Plan or the Confirmation Order, or fail to timely file any required federal tax return, or if any other Event of Default as defined in the Plan occurs, the IRS shall be entitled to give the Debtors and Reorganized Debtors and their counsel of record written notice of the failure and/or default with demand that it be cured, and if the failure and/or default is not cured within 14 days of said notice and demand, then the following shall apply to the IRS:
>
>> (A) The administrative collection powers and the rights of the IRS shall be reinstated as they existed prior to the filing of the bankruptcy petition, including, but not limited to, the assessment of taxes, the filing of a notice of Federal tax lien and the powers of levy, seizure, and as

provided under the Internal Revenue Code;

(B) The automatic stay of 11 U.S.C. § 362 and any injunction of this Plan or Confirmation Order shall, with regard to the IRS only, lift without further notice or hearing by the Court, and the entire imposed liability owed to the IRS, together with any unpaid current liabilities, may become due and payable immediately; and

(C) The IRS shall have the right to proceed to collect from the Debtors or the Reorganized Debtors any of the pre petition tax liabilities and related penalties and interest through administrative or judicial collection procedures available under the United States Code as if no bankruptcy petition had been filed and as if no plan had been confirmed.

(2) Failure of the IRS to declare a failure and/or default does not constitute a waiver by the United States of the right to declare that the Debtors or Reorganized Debtors are in default.

(3) The IRS shall only be required to send two notices of failure and/or default, and upon the third event of a failure and/or default the IRS shall be entitled to proceed as set out in paragraphs (A), (8), and/or (C) herein above without further notice to the Debtors, the Reorganized Debtors, or their counsel.

(4) The Internal Revenue Service shall not be bound by any release provisions in the Plan that would release any liability of the responsible

persons of the Debtors to the IRS.

(5)  The term "any payment required to be made on federal taxes," as used in paragraph (h)(1) herein above, is defined as: any payment or deposit required by the Tax Code to be made by the Reorganized Debtors from the Confirmation Date to the date the IRS Claim is together with interest paid in full.  The term "any required tax return," as used in paragraph (h)(1) herein above, is defined as: any tax return or report required by the Tax Code to be made by the Reorganized Debtors from the Confirmation Date to the date the IRS Claim is together with interest paid in full.

(6)  All federal tax payments under the Plan shall be paid to the Internal Revenue Service, by mail to: Chastina McMillion/lnternal Revenue Service MC 5026 DAL 1100 Commerce St., Dallas, TX  75242.

**Signed on June 30, 2025**



/s/ Joel D. Applebaum
**Joel D. Applebaum
United States Bankruptcy Judge**